# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA — EASTERN DIVISION

| | |
|---|---|
| EDWARD JACKSON,<br><br>    Plaintiff,<br><br>    vs.<br><br>BANK OF AMERICA, and DOES 1 through 20 inclusive,<br><br>    Defendants. | Case No. 5:16-cv-02522-JGB-SP<br>Hon. Jesus G. Bernal<br>Ctrm. 1<br><br>**JUDGMENT OF DISMISSAL IN FAVOR OF BANK OF AMERICA, N.A.**<br><br>Date:  May 15, 2017<br>Time:  9:00 a.m.<br>Ctrm.:  1<br><br>Action Filed:  December 6, 2016<br>Trial Date:    None Set |

1 | The motion of Defendant BANK OF AMERICA, N.A. ("Defendant") to dismiss the First Amended Complaint of Plaintiff EDWARD JACKSON pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted was set for hearing on May 15, 2017 at 9:00 a.m. in Courtroom 1 of the above-entitled Court. On May 9, 2017, the Honorable Jesus G. Bernal found the matter appropriate for resolution without oral argument, and vacated the May 15, 2017 hearing.

The Court, after considering the moving papers, and any opposition and reply thereto and the arguments therein, granted Defendant's motion to dismiss Plaintiff's First Amended Complaint without leave to amend and dismissed the action with prejudice.

GOOD CAUSE APPEARING,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the motion of Defendant to dismiss Plaintiff's First Amended Complaint is granted without leave to amend.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the case is dismissed in its entirety with prejudice as to Defendant BANK OF AMERICA, N.A. Plaintiff is to recover nothing from BANK OF AMERICA, N.A.

DATED: June 8, 2017

HON. JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE